**FILED**

09/07/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0268

IN THE SUPREME COURT OF THE STATE OF MONTANA

Case No. DA 23-0268

MONTANA TROUT UNLIMITED, TROUT UNLIMITED, MONTANA
ENVIRONMENTAL INFORMATION CENTER, EARTHWORKS, and
AMERICAN RIVERS

         Petitioners and Appellants,

    v.

MONTANA DEPARTMENT OF NATURAL RESOURCES AND
CONSERVATION and TINTINA MONTANA, INC.,

         Respondents and Appellees.

On Appeal from the Montana Fourteenth Judicial District Court,
Meagher County, Honorable Michael B. Hayworth Presiding
Cause No. DV-2022-09

**ORDER GRANTING MONTANA DEPARTMENT OF NATURAL
RESOURCES AND CONSERVATION'S UNOPPOSED MOTION
FOR EXTENSION OF TIME TO FILE ANSWER BRIEF**

Upon consideration of Appellee Montana Department of Natural Resources
and Conservation's motion for an extension of time, made pursuant to M.R.App.P.,
Rule 26, and good cause appearing,

IT IS HEREBY ORDERED that Appellee is granted an extension from
the current deadline of September 21, 2023, within which to file its answer
brief in the above-captioned matter. Appellee's brief is now due on or before
October 23, 2023.

1

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
September 7 2023